THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., RICHARD J. KLEIN,<br><br>Plaintiff,<br><br>v.<br><br>OMEROS CORPORATION, a Washington corporation, and GREGORY DEMOPULOS, an individual,<br><br>Defendants. | CASE NO. C09-1342-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that Gourmondo Catering, Lana Rose Ramirez, and Lindsey Killian shall be permitted to deliver lunches daily to the witness preparation room located outside of the courtroom of the Honorable John C. Coughenour during the course of the above-captioned trial that is scheduled to commence on Monday, October 29, 2012.

DATED this 26th day of October 2012.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk

MINUTE ORDER, C09-1342-JCC
PAGE - 1