THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., RICHARD J. KLEIN,, <br><br> Plaintiff, <br><br> v. <br><br> OMEROS CORPORATION, a Washington corporation, and GREGORY DEMOPULOS, an individual, <br><br> Defendants. | No. 2:09-CV-1342 JCC <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

The parties by and through their attorneys, and with the consent of the United States Attorney's Office acting pursuant to 31 U.S.C. § 3730(b)(1) on behalf of the United States of America, as confirmed by the United States Attorney's signature hereto, hereby stipulate and agree as follows:

1.  All of the claims alleged by plaintiff Richard Klein at any time in this matter on behalf of himself shall be dismissed with prejudice and with each party paying its own costs and attorneys' fees;

2.  All of the *qui tam* claims that remain in this matter following the Court's prior

STIPULATION AND ORDER OF DISMISSAL – Page 1
No. 2:09-CV-1342 JCC

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Order of Dismissal (Dkt. 242), shall be dismissed without prejudice to the United States Government, with plaintiff Richard Klein releasing any and all claims of whatever nature, including any claim as a relator or any claim for attorney's fees and/or costs arising from any *qui tam* claims asserted at any time by the plaintiff;

    3.    All claims of defendants Omeros Corporation and Dr. Gregory Demopulos asserted herein shall be dismissed with prejudice, with each party paying its own attorneys' fees and costs.

DATED: November 1, 2012.

DATED: November 1, 2012.

**DAVIS WRIGHT TREMAINE LLP**

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**

/s/Thomas A. Lemly (by email permission)
Thomas A. Lemly, WSBA No. 5433
Minh P. Ngo, WSBA No. 36987
Harry J.F. Korrell, WSBA No. 23173
Matthew Sullivan, WSBA No. 40873
Cassandra L. Kennan, WSBA No. 22845
1201 3rd Ave., Suite 2200
Seattle, WA 98101-3045
(206) 757-8085 Telephone
(206) 757-7085 Facsimile
tomlemly@dwt.com;
minhngo@dwt.com
harrykorrell@dwt.com
matthewsullivan@dwt.com
cassandrakennan@dwt.com

*Attorneys for Plaintiff Richard Klein*

/s/William F. Cronin
William F. Cronin, WSBA No. 8667
Molly A. Malouf, WSBA No. 31972
Sarah E. Tilstra, WSBA No. 35706
Seann C. Colgan, WSBA No. 38769
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Telephone
(206) 625-0900 Facsimile
wcronin@corrcronin.com
mmalouf@corrcronin.com
stilstra@corrcronin.com
scolgan@corrcronin.com

Michael Theis *(Pro Hac Vice)*
HOGAN LOVELLS US LLP
1200 17th Street, Suite 1500
Denver, CO 80202
(303) 899-7300 Phone
(303) 899-7333 Fax
michael.theis@hoganlovells.com

*Attorneys for Defendants Omeros Corporation and Gregory Demopulos*

STIPULATION AND ORDER OF DISMISSAL – Page 2
No. 2:09-CV-1342 JCC

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED: November 1, 2012.

**UNITED STATES ATTORNEY**

*/s/Harold Malkin (by email permission)*
Harold Malkin
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4319 Telephone
Harold.Malkin@usdoj.com

*For United States of America, ex. rel.*

STIPULATION AND ORDER OF DISMISSAL – Page 3
No. 2:09-CV-1342 JCC

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

**<u>ORDER</u>**

2   Based on the foregoing stipulation, all claims in this action are dismissed in

3  accordance with the terms of the above Stipulation.

4   DATED this ___ day of _____, 2012.

5

6

7

8
    _____
    HONORABLE JOHN C. COUGHENOUR
9   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL – Page 4
No. 2:09-CV-1342 JCC

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900