THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., RICHARD J. KLEIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OMEROS CORPORATION, a Washington corporation, and GREGORY DEMOPULOS, an individual,<br><br>　　　　　Defendants. | CASE NO. C09-1342-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Richard Klein's motion to seal Exhibits A–F, H, and I attached to the Declaration of Thomas A. Lemly in Support of Plaintiff's Opposition to Defendants' Motions in Limine (Dkt. No. 380). It is hereby ORDERED that the motion to seal (Dkt. No. 380) is GRANTED. The Clerk is DIRECTED to maintain under seal Exhibit A–F, H, and I attached to the Declaration of Thomas A. Lemly in Support of Plaintiff's Opposition to Defendants' Motions in Limine (Dkt. Nos. 383 & 384).

//

//

MINUTE ORDER, C09-1342-JCC
PAGE - 1

1   DATED this 5th day of November 2012.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk
