THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., RICHARD J. KLEIN,<br><br>Plaintiff,<br><br>v.<br><br>OMEROS CORPORATION, a Washington corporation, and GREGORY DEMOPULOS, an individual,<br><br>Defendants. | CASE NO. C09-1342-JCC<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on the parties' stipulation, with the consent of the United States, to the following (Dkt. No. 404):

1. All of the claims alleged by Plaintiff Richard Klein at any time in the above-captioned matter on behalf of himself shall be dismissed with prejudice and with each party paying its own costs and attorneys' fees;

2. All of the *qui tam* claims that remain in this matter following the Court's prior order of dismissal (Dkt. No. 242) shall be dismissed without prejudice to the United States Government, with Plaintiff Richard Klein releasing any and all claims of whatever nature, including any claim as a relator or any claim for attorneys' fees and/or costs arising from any *qui tam* claims asserted at any time by Plaintiff;

3. All of the claims alleged by Defendants Omeros Corporation and Dr. Gregory

1  Demopulos shall be dismissed with prejudice, with each party paying its own
2  attorneys' fees and costs.
3 It is hereby ORDERED that all claims in this action are DISMISSED in accordance with the
4 stipulated terms recited above, and this case is DISMISSED.
5  DATED this 5th day of November 2012.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE